UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK, et al.,

      Plaintiffs,                            Case No. 1:23–cv–00843–JMB–RSK

v.

KELLOGG COMMUNITY CREDIT UNION, et al.,

      Defendants.

_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Michelle McLean

RE:  Motion to Dismiss/Failure to State a Claim – #13

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                    CLERK OF COURT

Dated:  September 22, 2023      By:  /s/ P. Woods
                                                Deputy Clerk