**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
_____

ROBERT COOK d/b/a ROBERT LEE COOK and
LISA COOK d/b/a LISA ANN COOK

Plaintiffs,

v.

KELLOGG COMMUNITY CREDIT UNION,
MATTHEW F. BURNS, TRACY L. MILLER,
PAUL K. BEARDSLEE, and STEVEN L. HINKLEY

Defendants.
_____/

Case No. 1:23-cv-843

Hon. Jane M. Beckering

| | |
|---|---|
| ROBERT LEE COOK<br>LISA ANN COOK<br>*In Pro Per* Plaintiffs<br>P.O. Box 171<br>Tekonsha, MI 49092<br>269-209-9275<br>robcooksfg@gmail.com<br>lcook4226@gmail.com | Michelle M. McLean (P71393)<br>Mark D. Hofstee (P66001)<br>Bolhouse, Hofstee & McLean, P.C.<br>Attorneys for Defendant Matthew F. Burns<br>3996 Chicago Drive, SW<br>Grandville, MI  49418<br>616-531-7711<br>michellem@bolhouselaw.com<br>markh@bolhouselaw.com |

**RESPONSE TO PLAINTIFFS' MOTION TO COMPEL ATTORNEYS TO SHOW PROOF OF LICENSE TO PRACTICE IN THE STATE OF MICHIGAN**

**NOW COMES** Defendant Matthew Burns, by and through his attorneys, Bolhouse, Hofstee, & McLean PC, and does hereby respond to Plaintiffs' Motion to Compel Proof of Licensure to Practice Law in Michigan and so states:

1. Matthew Burns is a duly licensed attorney in the State of Michigan and is in "good standing" with the State Bar of Michigan. (See **Exhibit A**)

2. Matthew Burns has been licensed to practice law in the State of Michigan continually since 2011 with a P# of 75281. (Ex. A)

3. Matthew Burns has attached a screen shot of the State Bar of Michigan indicating that he is licensed and in good standing as of October 4, 2023. (Ex. A).

4. Plaintiffs are acting in pro per, but are required to follow the laws of the State of Michigan as well as the Federal Rules of Civil Procedure and all Local Court Rules.

5. Plaintiffs motion was filed for the purpose of harassment, intimidation, and to cause Defendant unnecessary legal expense in having to respond. Plaintiffs failed to cite any fact or law on which they base their motion.

**WHEREFORE**, Defendant Matthew Burns requests that the Court grant him sanctions against Plaintiff consistent with Fed. R. Civ. 11.

Respectfully submitted,

Dated:    October 4, 2023            Bolhouse, Hofstee& McLean P.C.

By: /s/ Michelle M. McLean
Michelle M. McLean (P71393)

Grandville State Bank Building
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711

Attorneys for Defendant Matthew F. Burns